ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
SANYA SHAHRASBI
sanya.shahrasbi@usdoj.gov
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5810
Fax: (202) 514-8865

*Attorney for Defendants.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention, <br><br> Defendants. | Case No. 8:25-cv-1473-MWF (DFMx) <br><br> Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) <br><br> Complaint served: July 16, 2025 <br> Current Response date: September 15, 2025 <br> New response date: October 15, 2025 |

Pursuant to Civil Local Rule 8-3, Plaintiffs, Clean Air Council, Communities for a Better Environment, and Natural Resources Defense Council, Inc., and Defendants, the United States Environmental Protection Agency, Lee Zeldin, in his official capacity, and Nancy Beck in her official capacity, stipulate to extend the United States' responsive pleading deadline to Plaintiffs' initial complaint to October 15, 2025. In light of Defendants' counsel's schedule, the parties agreed to a 30-day extension.

Respectfully submitted,

Dated: August 21, 2025

/s/ *Sanya Shahrasbi*
Sanya Shahrasbi
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Attorney for Defendants*

Dated: August 21, 2025

/s/ *Selena Kyle*
Selena Kyle
Natural Resources Defense Council
20 N. Wacker Drive
Suite 1600
Chicago, IL 60606

*Attorney for Plaintiffs*

**FILING ATTESTATION**

I attest that the signing counsel for Plaintiffs concurs in filing this document.

Dated: August 21, 2025

/s/ *Sanya Shahrasbi*
Sanya Shahrasbi
United States Department of Justice