**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEAN AIR COUNCIL, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>　　　　　　Defendants. | Case No. SACV 25-1473-MWF(DFMx) <br><br> ORDER GRANTING MOTION FOR STAY OF THE RESPONSE DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS |

　　The Court has considered Defendants' Motion for Stay of the Response Deadline in Light of Lapse of Appropriations (the "Motion"), filed October 1, 2025. (Docket No. 34).  The Motion is unopposed by Plaintiffs.  For good cause shown, the Court GRANTS the Motion.  The current response deadline, October 15, 2025, is EXTENDED by the number of days of the lapse in appropriations.

　　**IT IS SO ORDERED.**

Dated:  October 2, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge