1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC., | Case No. 8:25-cv-1473-MWF (DFMx) |
| 12 | |
| 13 | ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS |
| 14 | |
| 15   Plaintiffs, | |
| 16 | |
| 17   v. | |
| 18   U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention, | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25   Defendants. | |

26
27
28

1

Upon consideration of the Parties' Stipulation to Modify Briefing Schedule on Defendants' Anticipated Motion to Dismiss (Docket No. 37), and for good cause shown, the Stipulation is GRANTED, and IT IS ORDERED that the Parties shall abide by the following schedule:

- **December 5, 2025:** Defendants will file their Motion to Dismiss in response to Plaintiffs' Initial Complaint.
- **December 19, 2025:** Proposed Intervenor will file their Motion to Dismiss.
- **February 6, 2026:** Plaintiffs will oppose Defendants' Motion to Dismiss and Proposed Intervenor's Motion to Dismiss.
- **March 2, 2026:** Defendants and Proposed Intervenor will file their respective Reply memoranda in support.
- **March 16, 2026:** A hearing shall be held on Defendants' and Proposed Intervenor's Motions to Dismiss.

IT IS SO ORDERED.

Dated: November 25, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge