ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
SANYA SHAHRASBI (DC Bar #1671001)
sanya.shahrasbi@usdoj.gov
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5810
Fax: (202) 514-8865

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention, <br><br> Defendants. | Case No. 8:25-cv-1473-MWF (DFMx) <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT (Dkt. No. 1)** <br><br> Date: Mar. 16, 2026 <br> Time: 10:00 a.m. <br> Judge: Hon. Michael W. Fitzgerald <br> Courtroom: 5A |

1  **TO THE HONORABLE COURT AND TO ALL PARTIES:**

2  PLEASE TAKE NOTICE that on March 16, 2026 at 10:00 a.m. in the
3  above-entitled Court located at 350 West First Street, Courtroom 5A, Los Angeles,
4  California 90012, Defendants, the United States Environmental Protection Agency,
5  Lee Zeldin, in his official capacity as Administrator of the Environmental
6  Protection Agency, and Nancy Beck, in her official capacity as Principal Deputy
7  Assistant Administrator for the Office of Chemical Safety and Pollution Prevention
8  will move the Court to dismiss the Complaint (Dkt. No. 1) in its entirety pursuant
9  to Federal Rules of Civil Procedure 12(b)(1). Plaintiffs lack Article III standing to
10 bring this suit.

11 This motion is made following the conference of counsel pursuant to Local
12 Rule 7-3, which took place on November 18, 2025.

14 Dated: December 5, 2025

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Sanya Shahrasbi*
SANYA SHAHRASBI
Trial Attorney
Environmental Defense Section
Environment & Natural Resources Division
Ben Franklin Station P.O. Box 7611
Washington, D.C. 20044
Ph: (202) 305-5810
sanya.shahrasbi@usdoj.gov

*Attorney for Defendants*