ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
SANYA SHAHRASBI (DC Bar #1671001)
sanya.shahrasbi@usdoj.gov
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5810
Fax: (202) 514-8865

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention, <br><br> Defendants. | Case No. 8:25-cv-1473-MWF (DFMx) <br><br> **DECLARATION OF SANYA SHAHRASBI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT (Dkt. No. 1)** <br><br> Date: Mar. 16, 2026 <br> Time: 10:00 a.m. <br> Judge: Hon. Michael W. Fitzgerald <br> Courtroom: 5A |

I, Sanya Shahrasbi, declare as follows:

1. I am an attorney duly licensed in the District of Columbia and admitted to practice before this Court.
2. I am a Trial Attorney in the Environmental Defense Section of the Environment and Natural Resources Division at the United States Department of Justice. I am counsel of record in this matter.
3. On November 18, 2025, I met and conferred via video conference with Selena Kyle and Margaret Hsieh, counsels of record for Plaintiffs in this matter.
4. I notified Plaintiffs' counsel of Defendants' intent to file a motion to dismiss for lack of subject-matter jurisdiction and discussed the substance of the contemplated motion.
5. Plaintiffs' counsel explained their position and their intent to oppose in response. The parties also exchanged an email following up on the meet and confer regarding relevant case law.
6. The parties were unable to reach a resolution that would eliminate the necessity for a hearing.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 5, 2025          */s/ Sanya Shahrasbi*
                                                             Sanya Shahrasbi