Jason S. Mills (SBN 225126)
jason.mills@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 612 7387
Facsimile: +1 213 612 2501

Justin A. Savage (*pro hac vice* forthcoming)
jsavage@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Brooklyn Hildebrandt (SBN 350707)
bhildebrandt@sidley.com
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Nima H. Mohebbi (SBN 275453)
nima.mohebbi@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

*Attorneys for Western States Petroleum Association*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official | Case No. 8:25-cv-01473-MWF (DFM) <br> Assigned to Hon. Michael W. Fitzgerald <br><br> **DECLARATION OF NIMA H. MOHEBBI IN SUPPORT OF WESTERN STATES PETROLEUM ASSOCIATION'S MOTION TO DISMISS COMPLAINT** |

| | | | |
|---|---|---|---|
| 1 | capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention, | Hearing Time: | 10:00 a.m. |
| 2 | | Hearing Date: | March 16, 2026 |
| 3 | | Courtroom: | 5A |
| 4 | | Action Filed: | July 8, 2025 |
| 5 | Defendants. | Trial Date: | Not set |

2
DECLARATION OF NIMA H. MOHEBBI IN SUPPORT OF WESTERN STATES PETROLEUM ASSOCIATION'S MOTION TO DISMISS COMPLAINT

## DECLARATION OF NIMA H. MOHEBBI

1. I am counsel of record in this matter for the Western States Petroleum Association ("WSPA"). If called to testify, I could and would competently testify to the facts stated in this declaration.

2. On December 12, 2025, at approximately 1:00 p.m., Counsel for WSPA, including myself, met and conferred with counsel of record for Plaintiffs, including Margaret Hsieh, Vivian H.W. Wang, and Selena Katherine Kyle. The conference took place over Zoom.

3. On the Zoom conference, we discussed the substance of WSPA's motion to dismiss, including the specific substantive grounds raised therein. Despite a productive call, the parties were unable to reach a resolution that eliminates the necessity for the motion and a hearing.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2025.

                                                */s/ Nima H. Mohebbi*
                                                Nima H. Mohebbi

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2025, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

*/s/ Jason S. Mills*
Jason S. Mills