Selena Kyle (246069)
skyle@nrdc.org
(312) 651-7906
Natural Resources Defense Council
20 N. Wacker Drive
Suite 1600
Chicago, IL 60606

Margaret Hsieh (287839)
mhsieh@nrdc.org
(415) 875-6135
Natural Resources Defense Council
111 Sutter Street
21st Floor
San Francisco, CA 94104

Vivian H.W. Wang (*pro hac vice*)
vwang@nrdc.org
(212) 727-4477
Natural Resources Defense Council
40 W. 20th Street
New York, NY 10011

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention, <br><br> Defendants. | Case No. 8-25-cv-1473 - MWF (DFMx) <br><br> **STIPULATION AND CONSENT MOTION TO MODIFY BRIEFING SCHEDULE** <br><br> Date: Mar. 16, 2026 <br> Time: 10:00 a.m. <br> Judge: Hon. Michael W. Fitzgerald <br> Courtroom: 5A |

Plaintiffs present this stipulation and consent motion to set a January 16, 2026 deadline for Plaintiffs to file an amended complaint, and to modify the present stipulated briefing schedule for motions to dismiss, entered on November 25, 2025, *see* Docket No. 38, to account for the complaint amendment.

In accordance with the present schedule, on December 5, 2025, Defendants moved under Fed. R. Civ. P. 12(b)(1) to dismiss Plaintiffs' case for lack of Article III standing. On December 19, 2025, Western States Petroleum Association (WSPA) moved to intervene defensively and filed a motion to dismiss under Fed. R. Civ. P. 12(b)(1) and (6).

Under Rule 15(a)(1)(B), Plaintiffs may amend their Complaint as a matter of course within 21 days of service of a Rule 12(b) motion. To avoid burdening the Court, Defendants, and prospective defendant-intervenor WSPA with potentially two consecutive amendments, Plaintiffs plan to file an amended complaint that accounts for both motions to dismiss, assuming WSPA's intervention is granted. *Cf. Backcountry Against Dumps v. U.S. Bureau of Indian Affairs*, No. 20-cv-2343, 2021 WL 242934, at *1 (S.D. Cal. Jan 25, 2021) (allowing plaintiffs to amend their complaint after the second motion to dismiss, both as of course under Fed. R. Civ. P. 15(a)(1) and to promote justice and efficiency under Fed. R. Civ. P. 15(a)(2), and treating the amended complaint as superseding the original as to both the first and second motions).

Because amending as a matter of course under Rule 15(a)(1)(B) would run in the middle of the winter holidays, Defendants and WSPA have consented to Plaintiffs' request to file an amended complaint on January 16, 2026. *See* Fed. R. Civ. P. 15(a)(2).

Because a complaint amendment would moot pending motions to dismiss, Plaintiffs, Defendants, and WSPA have also discussed and agreed on the following briefing and argument schedule for renewed motions to dismiss:[1]

- **Jan 16, 2026:** Plaintiffs' amended complaint
- **Feb 20, 2026:** Defendants' and (proposed) Defendant-Intervenor WSPA's renewed Fed. R. Civ. P. 12(b) motions
- **April 10, 2026**: Plaintiffs' combined opposition
- **May 15, 2026:** Defendants' and (proposed) Defendant-Intervenor WSPA's replies
- **June 8, 2026:** Hearing

Good cause exists for this amended schedule. It would aid efficiency by avoiding two consecutive complaint amendments; by aligning the schedules for EPA's and WSPA's opening and reply briefs on motions to dismiss; and by providing for Plaintiffs to file a consolidated brief in response to both motions. The schedule also accounts for the Parties' competing obligations, and for counsel's and Plaintiffs' clients' winter holiday leaves. This is the Parties' first request for a continuance of a previously agreed-upon hearing date. The Parties therefore stipulate to and request that the Court enter the amended schedule set forth above.

Respectfully submitted,

Dated: December 22, 2025

*/s/ Selena Kyle*
Selena Kyle (246069)
skyle@nrdc.org
(312) 651-7906
Natural Resources Defense Council
20 N. Wacker Drive
Suite 1600
Chicago, IL 60606

Margaret Hsieh (287839)
mhsieh@nrdc.org

---

[1] If the Court declines to grant WSPA's intervention, the Parties ask that the Court set these same stipulated deadlines for Plaintiffs and Defendants alone.

|   |   |   |
|---|---|---|
| | | (415) 875-6135<br>Natural Resources Defense Council<br>111 Sutter Street<br>21st Floor<br>San Francisco, CA 94104 |
| | | Vivian H.W. Wang (*pro hac vice*)<br>vwang@nrdc.org<br>(212) 727-4477<br>Natural Resources Defense Council<br>40 W. 20th Street<br>New York, NY 10011 |
| | | *Counsel for Plaintiffs* |
| Dated: December 22, 2025 | | */s/ Sanya Shahrasbi*<br>Sanya Shahrasbi<br>sanya.shahrasbi@usdoj.gov<br>(202) 305-5810<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 |
| | | *Counsel for Defendants* |
| Dated: December 22, 2025 | | */s/ Justin A. Savage*<br>Justin A. Savage<br>jsavage@sidley.com<br>(202) 736-8000<br>Sidley Austin LLP<br>1501 K. Street, N.W.<br>Washington, DC 2005 |
| | | *Counsel for Defendant-Intervenor* |

4

STIPULATION AND CONSENT MOTION TO MODIFY BRIEFING SCHEDULE
(CASE NO. 8:25-CV-1473-MWF (DFMx))

**FILING ATTESTATION**

I attest that the signing counsel for Defendants concurs in the filing of this document.

Dated: December 22, 2025                    */s/ Selena Kyle*