**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEAN AIR COUNCIL, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>        Defendants. | Case No. SACV 25-1473-MWF(DFMx)<br><br>ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE |

The Court has considered the parties' Stipulation and Consent Motion to Modify Briefing Schedule (the "Stipulation"). (Docket No. 48). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. Defendants' and (proposed) Defendant-Intervenor's Motions to Dismiss (Docket Nos. 39 and 46) are **DENIED** as moot, and the hearing on March 16, 2026, is **VACATED**.
2. The hearing on Defendant-Intervenor Western States Petroleum Association's Motion to Intervene (Docket No. 44) on March 16, 2026, is **VACATED** and the Motion to Intervene is taken under submission.
3. Plaintiffs' First Amended Complaint shall be filed no later than January 16, 2026.

4. Defendants' and (proposed) Defendant-Intervenor's renewed Fed. R. Civ. P. 12(b) motions (the "Renewed MTDs") shall be filed no later than February 20, 2026, and noticed for hearing on June 8, 2026, at 10:00 a.m.

5. Plaintiffs' combined Opposition to the Renewed MTDs shall be filed no later than April 10, 2026.

6. Defendants' and (proposed) Defendant-Intervenor's Replies in support of the Renewed MTDs shall be filed no later than May 15, 2026/

IT IS SO ORDERED.

Dated: December 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge