ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
Environment & Natural Resources Division
SANYA SHAHRASBI (DC Bar #1671001)
sanya.shahrasbi@usdoj.gov
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5810
Fax: (202) 514-8865

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention, <br><br> Defendants. | Case No. 8:25-cv-1473-MWF (DFMx) <br><br> **DECLARATION OF SANYA SHAHRASBI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (DKT. NO. 50)** <br><br> Date: June 8, 2026 <br> Time: 10:00 a.m. <br> Judge: Hon. Michael W. Fitzgerald <br> Courtroom: 5A |

I, Sanya Shahrasbi, declare as follows:

1. I am an attorney duly licensed in the District of Columbia and admitted to practice before this Court.
2. I am a Trial Attorney in the Environmental Defense Section of the Environment and Natural Resources Division at the United States Department of Justice. I am counsel of record in this matter.
3. On February 12, 2026, I met and conferred via video conference with Selena Kyle and Lauren Phillips, counsels of record for Plaintiffs in this matter.
4. I notified Plaintiffs' counsel of Defendants' intent to file a motion to dismiss for lack of subject-matter jurisdiction and for failure to state a claim. I discussed the substance of the contemplated motion.
5. Plaintiffs' counsel informed me of their position and intent to oppose in response.
6. The parties were unable to reach a resolution that would eliminate the necessity for a hearing.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 20, 2026        /s/ Sanya Shahrasbi
                                      Sanya Shahrasbi