Selena Kyle (246069)
skyle@nrdc.org
(312) 651-7906
Natural Resources Defense Council
20 N. Wacker Drive
Suite 1600
Chicago, IL 60606

Margaret Hsieh (287839)
mhsieh@nrdc.org
(415) 875-6135
Natural Resources Defense Council
111 Sutter Street
21st Floor
San Francisco, CA 94104

Vivian H.W. Wang (*pro hac vice*)
vwang@nrdc.org
Lauren P. Phillips (*pro hac vice*)
lphillips@nrdc.org
(212) 727-4477
Natural Resources Defense Council
40 W. 20th Street
New York, NY 10011

*Counsel for Plaintiffs*

Shana Lazerow (195491)
slazerow@cbecal.org
(323) 826-9771
Communities for a Better Environment
113 E. Anaheim Street
Wilmington, CA 90744

*Counsel for Communities for a Better Environment*

Lawrence L. Hafetz (143326)
lhafetz@cleanair.org
(347) 276-4350
Clean Air Council
1617 JFK Boulevard
Suite 1130
Philadelphia, PA 19103

*Counsel for Clean Air Council*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE | Case No. 8:25-CV-1473-MWF (DFMx) <br><br> **NOTICE OF UNOPPOSED MOTION TO SET WORD LIMIT FOR COMBINED OPPOSITION TO MOTIONS TO DISMISS** <br><br> Hearing Time: 10:00 am <br> Hearing Date: April 13, 2026[1] <br> Courtroom: 5A |

---

[1] Plaintiffs believe no hearing is necessary because the motion is unopposed.

| | |
|---|---|
| ZELDIN, in his official capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the Office of Chemical Safety and Pollution Prevention,<br><br>Defendants. | Action Filed: July 8, 2025<br>Trial Date: Not Set |

Plaintiffs Clean Air Council, Communities for a Better Environment, and Natural Resources Defense Council move for an order setting a 13,500-word limit for any combined opposition to the Motions to Dismiss the First Amended Complaint filed by Defendants U.S. Environmental Protection Agency et al. (EPA) and (proposed) Defendant-Intervenor Western States Petroleum Association (WSPA). Pursuant to Plaintiffs', EPA's, and WSPA's December 22, 2026, stipulation and the Court's order on that stipulation, Plaintiffs' opposition deadline is April 10, 2026. *See* Dkt Nos. 48, 49.

Date: March 11, 2026

Respectfully submitted,

/s/Selena Kyle
Selena Kyle (246069)
skyle@nrdc.org
(312) 651-7906
Natural Resources Defense Council
20 N. Wacker Drive
Suite 1600
Chicago, IL 60606

Margaret Hsieh (287839)
mhsieh@nrdc.org
(415) 875-6135
Natural Resources Defense Council
111 Sutter Street
21st Floor
San Francisco, CA 94104

Vivian H.W. Wang (*pro hac vice*)
vwang@nrdc.org
Lauren P. Phillips (*pro hac vice*)
lphillips@nrdc.org
(212) 727-4477
Natural Resources Defense Council
40 W. 20th Street
New York, NY 10011

*Counsel for Plaintiffs*