**Exhibit 1**

**Reported releases of HF, modified HF, and HF acid at still-operating, HF-using refineries, since 1987**

1.	2025, Pasadena refinery, Pasadena, Texas: Hydrofluoric acid release.

2.	2023, May, **Torrance refinery**, Torrance, California: Modified HF released.

3.	2023, February, **Torrance refinery**, Torrance, California: Modified HF released due to a seal failure.

4.	2023, Wynnewood refinery, Wynnewood, Oklahoma: Equipment failure caused the release of an unknown amount of HF acid.

5.	2023, Ferndale refinery, Ferndale, Washington: Refinery reported a release of 100 pounds of HF acid; later claimed less was released.

6.	2022, Mandan refinery, Mandan, North Dakota: Equipment malfunction caused an HF acid release.

7.	2021, Catlettsburg refinery, Catlettsburg, Kentucky: HF acid released.

8.	2021, Chalmette Refining, Chalmette, Louisiana: Equipment failure caused the release of 10 pounds of HF acid.

9.	2021, September, Galveston Bay refinery, Texas City, Texas: HF release.

10.	2021, March, Galveston Bay refinery, Texas City, Texas: Pipe failure caused and HF release and prompted a shelter-in-place order. Two workers were injured.

11.	2019, January 25, **Torrance refinery**, Torrance, California: Modified HF released.

12.	2019, January 19, **Torrance refinery**, Torrance, California: Modified HF was released, projecting outward and striking a worker's face and causing exposure injuries to his face, eyes, and airway/respiratory tract.

EXHIBIT 1 (CASE NO. 8:25-CV-1473-MWF (DFMx))

13.     2019, **Trainer refinery**, Trainer, Pennsylvania: Employees exposed to HF while conducting maintenance on an alkylation unit; five hospitalized.

14.     2019, Big Spring refinery, Big Spring, TX: HF acid release.

15.     2018, **Torrance refinery**, Torrance, California: Modified HF released during transfer from truck to container.

16.     2018, Valero Texas City Refinery, Texas City, Texas: An explosion and fire occurred, resulting in injuries to four contractors, a shelter-in-place order for nearby residents, and the release of 972 pounds of HF and other contaminants, including particulate matter, carbon monoxide, hydrogen sulfide, oxides of nitrogen, and sulfur dioxide.

17.     2018, June 18, 2018, **Wilmington refinery**, Wilmington, California: Modified HF released.

18.     2018, June 2, 2018, **Wilmington refinery**, Wilmington, California: Modified HF released.

19.     2018, June, Joliet refinery, Channahon, Illinois: 100 pounds of HF released.

20.     2018, May, Joliet refinery, Channahon, Illinois: More than 100 pounds of HF released.

21.     2017, Navajo refinery, Artesia, New Mexico: HF acid release injured five workers.

22.     2017, Ferndale refinery, Ferndale, Washington: HF acid was released from the alkylation unit. Seven workers (including five contractors) were hospitalized; other refinery workers were forced to shelter indoors.

23.     2017, Nov 27, **Wilmington refinery**, Wilmington, California: Modified HF released.

24.     2017, Nov 13, **Wilmington refinery**, Wilmington, California: Modified HF released.

- 65 -

EXHIBIT 1 (CASE NO. 8:25-CV-1473-MWF (DFMx))

25.    2017, Woods Cross Refinery, Woods Cross, Utah: 100 pounds of HF acid released from a pipe.

26.    2017, December **Torrance refinery**, Torrance, California: Modified HF released.

27.    2017, April, **Torrance refinery**, Torrance, California: Modified HF released.

28.    2017, Big Spring refinery, Big Spring, Texas: Employee draining HF acid from a tank was splashed when the hose disconnected, hospitalized, and treated for chemical burns.

29.    2016, **Wilmington refinery**, Wilmington, California: Reported release of 125 pounds of HF.

30.    2016, Borger refinery, Borger, Texas: Release of 100 pounds of HF acid that vaporized following a pipe failure.

31.    2015, **Torrance refinery**, Torrance, California: Reported release of 5 pounds of HF.

32.    2015, **Wilmington refinery**, Wilmington, California: Reported release of 88 pounds of HF.

33.    2015, Woods Cross refinery, Woods Cross, Utah: HF acid released from piping connected to a storage tank.

34.    2015, March, Chalmette Refining, Chalmette, Louisiana: More than ten pounds of HF acid released.

35.    2015, January, Chalmette Refining, Chalmette, Louisiana: HF acid released due to an equipment failure in the alkylation unit.

36.    2015, Sweeny refinery, Old Ocean, Texas: Equipment failure caused an HF release.

37.    2015, Wyoming refinery, Newcastle, Wyoming: Equipment failure caused an HF acid release.

38.    2014, **Wilmington refinery**, Wilmington, California: Equipment failure caused an HF release; worker injured.

39.    2014, Chalmette Refining, Chalmette, Louisiana: Equipment failure in the alkylation unit caused the release of 100 pounds of HF; worker injured.

40.    2013, Placid Refining Company, Port Allen, Louisiana: HF and isobutane released.

41.    2013, **Wilmington refinery**, Wilmington, California: HF release injured two workers.

42.    2013, CHS Laurel refinery, Laurel, Montana: HF acid and butane released.

43.    2013, Canton refinery, Canton, Ohio: HF acid released.

44.    2013, Chalmette Refining, Chalmette, Louisiana: HF released.

45.    2012, Pasadena refinery, Pasadena, Texas: HF released.

46.    2012, Placid Refining Company, Port Allen, Louisiana: HF released.

47.    2012, Memphis refinery, Memphis, Tennessee: HF release killed one worker, injured another worker, and injured first responders. The sight glass of a flow indicator ruptured, releasing flying glass and a mixture of HF acid and propane into a maintenance worker's face.

48.    2012, March, CITGO Corpus Christi refinery, Corpus Christi, Texas: HF release.

49.    2012, May, CITGO Corpus Christi refinery, Corpus Christi, Texas: 300 to 500 pounds of HF were released from a flange that had been leaking as far back as September 2011 and been temporarily repaired with clamps several times while the refinery continued to operate. The Chemical Safety Board lacked the budget to complete an investigation but noted that "[t]he continued releases experienced at this facility over these three years suggest that there may be significant weaknesses in the company's dedication to the safety and health of its workers and the community."

EXHIBIT 1 (CASE NO. 8:25-CV-1473-MWF (DFMx))

50.     2012, July, Flint Hills Resources, Corpus Christi, Texas: Equipment failure led to the release of HF and hydrocarbons.

51.     2012, January, Flint Hills Resources, Corpus Christi, Texas: HF and hydrocarbons were released due to a mechanical integrity failure.

52.     2012, Galveston Bay refinery, Texas City, Texas: HF and HF acid released.

53.     2011, May, Pasadena refinery, Pasadena, Texas: HF released.

54.     2011, September, Pasadena refinery, Pasadena, Texas: HF released.

55.     2011, Chalmette Refining, Chalmette, Louisiana: HF and isobutane were released.

56.     2011, **Trainer refinery**, Trainer, Pennsylvania: HF released; worker injured.

57.     2011, Catlettsburg refinery, Catlettsburg, Kentucky: HF release injured three workers.

58.     2011, Canton refinery, Canton, Ohio: Equipment failure caused an HF acid release. Workers were evacuated and one worker was hospitalized.

59.     2009, Chalmette Refining, Chalmette, Louisiana: 3,257 of pounds of HF were released while an operator was flushing equipment in the alkylation unit. HF was released into the cooling water system and, ultimately, to the Mississippi River.

60.     2009, CITGO Corpus Christi refinery, Corpus Christi, Texas: An equipment failure caused an HF and butane release and led to a fire.

61.     2009, Chalmette Refining, Chalmette, Louisiana: Equipment failure led to an HF release.

62.     2009, Joliet refinery, Channahon, Illinois: One worker was hospitalized after an upset in the alkylation unit released HF.

63.     2009, CITGO Corpus Christi refinery, Corpus Christi, Texas: Hydrocarbons and HF were suddenly released from the same unit. The hydrocarbons ignited, leading to a fire that burned for several days. Fortunately, due to weather

- 68 -

EXHIBIT 1 (CASE NO. 8:25-CV-1473-MWF (DFMx))

conditions at the time, the HF cloud caused by the release centered over an unpopulated shipping channel.

64.    2009, **Trainer refinery**, Trainer, Pennsylvania: A 22-pound HF release sent 13 contract workers to the hospital. At least one later sued for permanent damage to his health.

65.    2009, Billings refinery, Billings, Montana: Equipment failure led to an HF release.

66.    2006, **Torrance refinery**, Torrance, California: Hydrogen fluoride released following a seal failure.

67.    2006, Memphis refinery, Memphis, Tennessee: Eight workers were exposed to HF gas released during a maintenance shutdown, requiring all of them to be hospitalized.

68.    2006, Wynnewood refinery, Wynnewood, Oklahoma: A major fire in the alkylation unit resulted in an HF/HF acid release, causing $20 million in property damage and two rounds of community evacuations. At least 350 people were forced to evacuate.

69.    2006, Valero Texas City refinery, Texas City, Texas: HF release.

70.    2005, Chalmette Refining, Chalmette, Louisiana: HF release occurred after a vessel was over-pressured.

71.    2005, Placid Refining Company, Port Allen, Louisiana: 40 pounds of HF were released after an equipment failure; workers were injured.

72.    2004, Port Arthur refinery, Port Arthur, Texas: HF Acid released.

73.    2003, St. Paul Park refinery, Saint Paul Park, Minnesota: A few days after a refinery fire, 13 electricians working to repair the damage were all hospitalized after being exposed to HF from a pump releasing hydrocarbons and HF.

74.    2003, St. Paul Park refinery, Saint Paul Park, Minnesota: An HF release injured 14 workers.

EXHIBIT 1 (CASE NO. 8:25-CV-1473-MWF (DFMx))

75.     2001, **Torrance refinery**, Torrance, California: According to news sources, nearby residents are ordered to shelter in place after a release of modified HF acid from the alkylation unit. The release lasted at least 40 minutes.

76.     1999, **Torrance refinery**, Torrance, California: According to news sources, three workers were hospitalized after a broken pipeline spilled isobutane and modified HF acid from the alkylation unit. One of the main roads in Torrance was shut down for more than two hours.

77.     1998, **Torrance refinery**, Torrance, California: About 10 pounds of modified HF acid released during a truck transfer.

78.     1997, CITGO Corpus Christi refinery, Corpus Christi, Texas: A fire led to an uncontrolled release of an unknown amount of HF. Nearby residents reported exposure symptoms and vegetation damage.

79.     1996, **Torrance refinery**, Torrance, California: Two employees received chemical burns from HF exposure.

80.     1996, Sept, CITGO Corpus Christi refinery, Corpus Christi, Texas: HF release.

81.     1996, May, CITGO Corpus Christi refinery, Corpus Christi, Texas: HF release.

82.     1995-97, **Trainer refinery**, Trainer, Pennsylvania: Four separate releases of HF acid, each of which injured a worker.

83.     1992, **Torrance refinery**, Torrance, California: Equipment failure led to the release of 32 pounds of HF.

84.     1990, **Torrance refinery**, Torrance, California: HF release injured three contract workers.

85.     1990, Garyville refinery, Garyville, Louisiana: HF release.

86.     1990, **Trainer refinery**, Trainer, Pennsylvania: 150 pounds of HF released to air and 183 pounds released to sewer following a gasket failure.

EXHIBIT 1 (CASE NO. 8:25-CV-1473-MWF (DFMx))

87.     1989, **Torrance refinery**, Torrance, California: A drop of HF acid splashed onto a construction worker, who was hospitalized with a deep burn.

88.     1989, Joliet refinery, Channahon, Illinois: 124 pounds of HF released to the air after increased water levels sent too much HF to the process heater.

89.     1988, Woods Cross refinery, Woods Cross, Utah: 1,600 pounds of HA released when an employee accidentally opened a valve on a pressurized line.

90.     1987, **Torrance refinery**, Torrance, California: An explosion at the refinery, due to an undetected buildup of HF acid, caused $17 million in damage. The explosion knocked out the water mitigation system and blew out windows in 21 homes, injuring six people off-site and four workers, including one who had lung damage from inhaling gas. OSHA investigated and issued a $4,000 fine.

91.     1987, Galveston Bay refinery, Texas City, Texas: A crane dropped a 50-foot section of a convection heater onto an HF tank within the alkylation unit, shearing two HF lines that ultimately released 30,000 to 53,000 pounds of HF. 4,000 people were evacuated, and hospitals treated more than 1,000 people for skin burns, lung irritation, and other ailments.

EXHIBIT 1 (CASE NO. 8:25-CV-1473-MWF (DFMx))