**Exhibit 2**

**Fires, explosions, and other serious incidents (including HF near-miss events) at still-operating, HF-using refineries, since 1987**

1.      2026, June, **Trainer refinery**, Trainer, Pennsylvania: Fire broke out, injuring at least three people and releasing a large column of smoke into the air. People living within a half-mile of the refinery were ordered to shelter in place.

2.      2026, March, Port Arthur refinery, Port Authur, Texas: Explosion and fire at diesel hydrotreater unit led to a shelter-in-place order for nearby residents. The blast was heard as far as 11 miles away; residents several miles away felt their homes shake.

3.      2025, Navajo refinery, Artesia, New Mexico: Explosion and fire injured three and prompted road closures.

4.      2025, Galveston Bay refinery, Texas City, Texas: Massive fire caused thick black smoke in surrounding areas. The Texas City Fire Department ordered some residents to evacuate, and others to keep their doors and windows closed.

5.      2025, Valero Three Rivers refinery, Three Rivers, Texas: Large fire.

6.      2025, Coffeyville Resources Refining & Marketing, LLC, Coffeyville, Kansas: Fire in the refinery's naphtha hydrotreater. Residents living near the refinery were asked to avoid the area while emergency crews worked to extinguish the fire.

7.      2024, **Torrance refinery**, Torrance, California: Three mobile homes being used as offices were torched during a fire; no injuries were reported. Blaze happened near the Torrance refinery, but operations were not impacted.

8.      2024, **Torrance refinery**, Torrance, California: Mixer had a mechanical failure on a tank, which caused one barrel of ultra-low sulfur diesel to release.

9.      2024, Sweeny refinery, Old Ocean, Texas: Undescribed upset due to Hurricane Beryl.

10.     2024, Port Arthur refinery, Port Arthur, Texas: Loss of power due to Hurricane Beryl.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

11.    2024, Pasadena refinery, Pasadena, Texas: Refinery sustained damage during May 2024 severe weather.

12.    2024, Joliet refinery, Channahon, Illinois: Lost power due to tornado outbreak.

13.    2024, Billings refinery, Billings, Montana: Two large fires occurred on the same day. Local residents were frightened and considered evacuating.

14.    2024, Flint Hills Resources, Corpus Christi, Texas: Fire.

15.    2024, Borger refinery, Borger, Texas: Large fire broke out, injuring two workers.

16.    2024, Chalmette Refining, Chalmette, Louisiana: Valve leaked hot liquid hydrocarbon, which ignited, resulting in a fire and an estimated 1.2 million in property damage.

17.    2023, September 27, **Torrance refinery**, Torrance, California: Laser detection trigger in the alkylation unit.

18.    2023, September 26, **Torrance refinery**, Torrance, California: Butane leak in DB unit.

19.    2023, **Wilmington refinery**, Wilmington, California: Four people were hospitalized after exposure to leaking hydrogen sulfide.

20.    2023, Valero Three Rivers refinery, Three Rivers, Texas: Valero reported a leak of at least 10,000 pounds of unspecified volatile organic compounds at its oil refinery. The leak took a day to contain.

21.    2023, Superior refinery, Superior, Wisconsin: A railcar suffered an equipment failure at the Cenovus Energy off-loading site, releasing an undisclosed substance that was suppressed with water.

22.    2023, Superior refinery, Superior, Wisconsin: Two leaks/release occurred in two days; one of propane and one of heavy fuel oil.

23.    2023, El Dorado refinery, El Dorado, Kansas: Contractor died while working in a confined space; cause was unclear.

- 73 -

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

24.     2023, Coffeyville refinery, Coffeyville, Kansas: Worker was killed after unknown refinery incident during maintenance activities.

25.     2023, April 19, Port Arthur refinery, Port Arthur, Texas: Release of a flammable mixture containing hydrogen and hydrocarbons that ignited, resulting in a large fire at the refinery.

26.     2023, late May and April 2, Port Arthur refinery, Port Arthur, Texas: Multiple fires during refinery restart.

27.     2023, Memphis refinery, Memphis, Tennessee: Fuel truck caught on fire; one person was injured.

28.     2023, Billings refinery, Billings, Montana: Fire.

29.     2023, Borger refinery, Borger, Texas: Fire injured six workers, three critically; one died of injuries days later. A local highway was shut down for hours due to the blaze.

30.     2023, June, Galveston Bay refinery, Texas City, Texas: An incinerator at Marathon's refinery leaked 1,300 pounds of sulfur dioxide. Officials issued a shelter-in-place notice for the surrounding community. Outdoor activities for summer schools and camps were canceled.

31.     2023, May, Galveston Bay refinery, Texas City, Texas: Fire killed one and injured two; fire attributed to equipment failure in area of plant that boosted gasoline. Fire resulted in $829 million in property damage. Marathon's investigation found that a pump inspection in June 2022 had identified damage to the coupling of the pump but did not recommend any repairs.

32.     2023, March, Galveston Bay refinery, Texas City, Texas: Contractor was electrocuted and killed.

33.     2023, Wynnewood refinery, Wynnewood, Oklahoma: Large fire/explosion in the gasoline hydrotreater killed one and severely injured another, who later died also resulting in approx. $8 million in property damage.

- 74 -

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

34.    2023, Chalmette Refining, Chalmette, Louisiana: A mixture of hydrogen and hydrocarbons were accidentally release into the firebox of a fired heater, where it ignited, resulting in a large fire, with property damage estimated to be $34.1 million.

35.    2023, Garyville refinery, Garyville, Louisiana: A naphtha release led to a fire. Parish officials issued an emergency declaration and ordered people within two miles to evacuate. One school was closed, and one firefighter was treated for heat stress.

36.    2023, July, **Lemont refinery**, Lemont, Illinois: Flash fire occurred while loading a railcar, seriously injuring an employee.

37.    2023, April, **Lemont refinery**, Lemont, Illinois: Explosion and fire killed one contractor and injured another as workers were trying to unblock a pipe.

38.    2023, October, Valero Corpus Christi refinery, Corpus Christi, Texas: Fire.

39.    2023, May, Valero Corpus Christi refinery, Corpus Christi, Texas: Fire.

40.    2022, Navajo refinery, Artesia, New Mexico: Undescribed incident led to substantial property damage.

41.    2022, Flint Hills Resources, Corpus Christi, Texas: A pipeline failure at a crude oil terminal led to the release of 14,000 gallons of crude oil into Corpus Christi and Nueces bays.

42.    2022, Billings refinery, Billings, Montana: Substantial property damage from an undescribed incident.

43.    2022, Valero Texas City refinery, Texas City, Texas: About 4,000 pounds of a hydrogen and hydrocarbon mixture released, creating a large fire and causing an estimated $10 million in property damage.

44.    2022, Valero Corpus Christi refinery, Corpus Christi, Texas: Explosion and fire.

45.    2022, Garyville refinery, Garyville, Louisiana: Six workers were injured and one killed in three separate upsets/accidents at the refinery in 2022. On 2/21/22

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

large fire occurred when a vacuum ejector ruptured withing a hydrocracker causing 54 million in property damage and approx. 7,000 pounds of flammable gas being released.

46.    2022, Calumet Montana refinery, Great Falls, Montana: Fire.

47.    2021, Robinson refinery, Robinson, Illinois: Serious injury was due to unspecified release.

48.    2021, Ponca City refinery, Ponca City, Oklahoma: An incident led to a serious injury.

49.    2021, Memphis refinery, Memphis, Tennessee: Release of an estimated 100 lbs. of hydrogen sulfide and 501 lbs. of sulfur dioxide.

50.    2021, Port Arthur refinery, Port Arthur, Texas: Fire in hydrocracking unit shut down production.

51.    2021, Valero Three Rivers refinery, Three Rivers, Texas: A large fire closed roads.

52.    2021, Ferndale refinery, Ferndale, Washington: Weather-related fire.

53.    2020, Joliet refinery, Channahon, Illinois: Serious injury due to a release of an undisclosed substance.

54.    2020, Port Arthur refinery, Port Arthur, Texas: Fire and release of unidentified substance; two workers injured.

55.    2020, Ponca City Refinery, Ponca City, Oklahoma: Fire; $7 million in property damage.

56.    2020, Pasadena Refinery, Pasadena, Texas: 3.4 million gallon storage tank was overpressured and caught fire causing an estimated 3.3 million in property damage. The day before the incident, the refinery's tanks farm lost power and that power failure stopped the supply of crude oil, leading to an emergency shutdown. During the shutdown crude flowed into the storage tank.

57.    2019, **Trainer refinery**, Trainer, Pennsylvania: Unspecified release injured one worker.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

58.     2019, Ponca City Refinery, Ponca City, Oklahoma: Refinery released smoke and catalyst; one adult and six children nearby experienced scratchy throats and respiratory problems after exposure.

59.     2019, Calumet Montana refinery, Great Falls, Montana: Fire and explosion caused $2.1 million in property damage and prompted a shelter-in-place order for nearby schools. 4,000 were ultimately forced to shelter in place, within and beyond the fenceline; 100 were evacuated. Cited causes included "unusual weather."

60.     2019, El Dorado refinery, El Dorado, Kansas: Fire and two explosions started after an issue with a pipe bracket; the refinery was evacuated.

61.     2018, Woods Cross refinery, Woods Cross, Utah: A nighttime fire released emissions that covered nearby homes, cars, and an elementary school playground with oily chemical residue.

62.     2018, Valero Three Rivers refinery, Three Rivers, Texas: A two-day leak led to the release of flammable gas, measuring thousands of pounds.

63.     2018, Galveston Bay refinery, Texas City, Texas: A leak in the fluid catalytic cracking unit transfer line occurred, which led to the emission of about 500 pounds of propane.

64.     2018, CHS McPherson refinery, McPherson, Kansas: Two workers were hospitalized after a flash fire.

65.     2018, Chalmette Refining, Chalmette, Louisiana: Large unplanned flaring event occurred. "As a result of unplanned events in the course of routine maintenance operations, all of the excess waste materials that should have gone through multiple flares instead went through a single flare leading to the eruption of a massive fireball."

66.     2018, Superior Refinery, Superior, Wisconsin: Large explosion punctured asphalt storage tank, causing fire and nearly causing an HF release. More than 2,500 people were evacuated off-site; others received shelter-in-place orders. According to the Chemical Safety Board, which investigated, it was pure luck that

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

fragments from the explosion did not puncture the HF storage tank, which was closer to the explosion than the asphalt tank.

67.   2017: Wynnewood refinery, Wynnewood, California: Unspecified gas leak injured one worker.

68.   2017: **Torrance refinery**, Torrance, California: Three flaring incidents plus a crude oil spill.

69.   2017: St. Paul Park refinery, St. Paul Park, Minnesota: Unspecified gas release injured two workers.

70.   2017, Garyville refinery, Garyville, Louisiana: Unspecified gas release and fire injured two workers.

71.   2017, Borger refinery, Borger, Texas: Gas release injured one worker.

72.   2017, Catlettsburg refinery, Catlettsburg, Kentucky: Release of an unspecified gas caused 415 workers to shelter in place. People offsite expressed concern that they were not notified of the release, and some called news stations to report a strange odor at the time of the release.

73.   2017, Port Arthur refinery, Port Arthur, Texas: Tank fire led to a shelter-in-place order for residents.

74.   2017, Big West Oil refinery, North Salt Lake, Utah: Fire.

75.   2017, El Dorado refinery, El Dorado, Kansas: Large fire and explosion killed one employee. The immediate cause of the fire was a ruptured heater tube.

76.   2017, Port Arthur refinery, Port Arthur, Texas: Tank fire led to a shelter-in-place order for nearby residents.

77.   2017, August, Port Arthur refinery, Port Arthur, Texas: A fire killed one worker and injured another.

78.   2017, Valero Three Rivers refinery, Three Rivers, Texas: An explosion injured two workers and led to a power outage and $344,000 in damage.

79.   2016, Placid Refining Company, Port Allen, Louisiana: One dead and one injured in argon gas leak.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

80.    2016, September, Galveston Bay refinery, Texas City, Texas: A gas release injured three workers.

81.    2016, August, Galveston Bay refinery, Texas City, Texas: A gas release injures one person.

82.    2016, Big Spring refinery, Big Spring, Texas: Unspecified gas was released.

83.    2016, July, Pasadena refinery, Pasadena, Texas: Unspecified gas was released.

84.    2016, March, Pasadena refinery, Pasadena, Texas: Fire injured one worker and caused $18 million in property damage.

85.    2015, Wyoming Refining Company, Newcastle, Wyoming: An unspecified gas release injured one worker.

86.    2015, CITGO Corpus Christi refinery, Corpus Christi, Texas: Worker died from injuries sustained in a fall.

87.    2015, October, **Torrance refinery**, Torrance, California: Leak due to an equipment failure caused 10,000 people off-site to shelter in place. Onsite property damage of $278,000.

88.    2015, February, **Torrance refinery**, Torrance, California: Explosion led to a near-miss event in which an HF release was narrowly avoided; subject of Chemical Safety Board investigation. Per RMP, 9,200 people off-site had to shelter in place. Onsite property damage of $161,000,000.

89.    2015, Valero Three Rivers refinery, Three Rivers, Texas: An explosion injured one worker and caused $400,000 in damage.

90.    2014, October 16, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

91.    2014, October 10, Placid Refining Company, Port Allen, Louisiana: Unspecified gas release injured one worker.

- 79 -

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

92. 2014, February, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

93. 2014, Wyoming Refining Company, Newcastle, Wyoming: Unspecified gas release injured one worker.

94. 2014, **Trainer refinery**, Trainer, Pennsylvania: An unspecified gas release injured one worker.

95. 2014, Galveston Bay refinery, Texas City, Texas: Gas release and fire injured one worker.

96. 2014, Borger Refining, Borger, Texas: Several workers were sent to the hospital due to possible HF exposure after working in HF alkylation unit during turnaround.

97. 2014, Coffeyville Resources refinery, Coffeyville, Kansas: Fire in the isomerization unit injured four workers; one later died.

98. 2013, July 23, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

99. 2013, May 14, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

100. 2013, February 20 and February 1, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

101. 2013, January 30 and January 1, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

102. 2013, Wyoming Refining Company, New Castle, Wyoming: Unspecified gas release injured one worker.

103. 2013, **Wilmington refinery**, Wilmington, California: One worker injured in a spill.

104. 2013, CHS Laurel refinery, Laurel, Montana: Fire and explosion resulted in one worker hospitalization. Activities at nearby schools had to be moved.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

105. 2013, Big Spring refinery, Big Spring, Texas: Unspecified gas release injured two workers and caused $2,000 in property damage.

106. 2012, October 20, Placid Refining Company, Port Allen, Louisiana: A gas release caused $250,000 in property damage.

107. 2012, October 1, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

108. 2012, September 30 and September 25, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

109. 2012, May 16, Placid Refining Company, Port Allen, Louisiana: An unspecified gas was released from an inadequate valve.

110. 2012, May 7, Placid Refining Company, Port Allen, Louisiana: An unspecified gas was released from "worn out" equipment.

111. 2012, April, Placid Refining Company, Port Allen, Louisiana: An unspecified gas was released from an inadequate valve.

112. 2012, February, Placid Refining Company, Port Allen, Louisiana: An unspecified gas was released from "worn out" equipment.

113. 2012, Port Arthur refinery, Port Arthur, Texas: Fire.

114. 2012, Port Arthur refinery, Port Arthur, Texas: Hydrogen sulfide release from a high-pressure excursion.

115. 2012, Sweeny refinery, Old Ocean, Texas: Hydrocarbon was released from a mechanical integrity failure.

116. 2012, **Trainer refinery**, Trainer, Pennsylvania: An unspecified spill injured one worker.

117. 2012, Valero refinery, Corpus Christi, Texas: Mechanical integrity failure led to hydrocarbon release.

118. 2012, Joliet refinery, Channahon, Illinois: A pressure excursion led to a hydrocarbon and hydrogen sulfide release.

- 81 -

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

119.   2012, **Lemont refinery**, Lemont, Illinois: Crane fell over and damaged utility piping.

120.   2012, December, Garyville refinery, Garyville, Louisiana: Hydrocarbon and hydrogen sulfide release due to mechanical integrity failure.

121.   2012, September, Garyville refinery, Garyville, Louisiana: Hydrogen sulfide release due to a mechanical integrity failure.

122.   2012, January, Garyville refinery, Garyville, Louisiana: Hydrogen Sulfide release from mechanical integrity failure.

123.   2012, December, Flint Hills Resources, Corpus Christi, Texas: Hydrocarbon release due to a mechanical integrity failure.

124.   2012, August, Flint Hills Resources, Corpus Christi, Texas: Hydrocarbon release due to mechanical integrity failure.

125.   2012, May, Flint Hills Resources, Corpus Christi, Texas: Benzene and hydrogen sulfide release from a mechanical integrity failure.

126.   2012, April 16 and April 12, Flint Hills Resources, Corpus Christi, Texas: Hydrocarbon release from a mechanical integrity failure.

127.   2012, October, Chalmette Refining, Chalmette, Louisiana: Mechanical integrity failure released benzene.

128.   2012, February, Chalmette Refining, Chalmette, Louisiana: Hydrogen sulfide release

129.   2012: Borger refinery, Borger, Texas: Unspecified spill and fire injured one worker and caused $25,000 in property damage.

130.   2012, December, Big Spring refinery, Big Spring, Texas: Mechanical integrity failure released benzene.

131.   2012, February, Big Spring refinery, Big Spring, Texas: High pressure in a vessel led to release of sulfur dioxide and hydrogen sulfide.

132.   2012, November, El Dorado refinery, El Dorado, Kansas: Fire injured a worker and caused $2 million in property damage.

- 82 -

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

133. 2012, June, El Dorado refinery, El Dorado, Kansas: Unspecified gas release injured one worker.

134. 2012, September, Wynnewood refinery, Wynnewood, Oklahoma: A boiler explosion killed two workers (one died instantly; the other, 18 days later from his injuries). Nearby residents described the blast as feeling like an earthquake.

135. 2012, May, Wynnewood refinery, Wynnewood, Oklahoma: Hydrogen sulfide release from a mechanical integrity failure.

136. 2012, Billings refinery, Billings, Montana: Fire.

137. 2012, Calumet Montana refinery, Great Falls, Montana: Fire.

138. 2012, November, Port Arthur refinery, Port Arthur, Texas: Fire.

139. 2012, October, Port Arthur refinery, Port Arthur, Texas: Hydrogen sulfide release from a high pressure excursion.

140. 2012, October, CITGO Corpus Christi refinery, Corpus Christi, Texas: Fire.

141. 2012, July, CITGO Corpus Christi refinery, Corpus Christi, Texas: Fire.

142. 2012, February, CITGO Corpus Christi refinery, Corpus Christi, Texas: Fire.

143. 2012, June, Galveston Bay refinery, Texas City, Texas: Hydrocarbon release

144. 2012, April, Galveston Bay refinery, Texas City, Texas: Fire.

145. 2012, March 27, Galveston Bay refinery, Texas City, Texas: Gas release caused $2,900,000 in damages.

146. 2012, March 14, Galveston Bay refinery, Texas City, Texas: Benzene release was due to a mechanical failure.

147. 2012, **Torrance refinery**, Torrance, California: Fire.

148. 2012, May, Memphis refinery, Memphis, Tennessee: Hydrocarbon release from a mechanical integrity failure.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

149.   2012, March, Memphis refinery, Memphis, Tennessee: Explosion and fire; one worker was fatally injured, and two others were burned.

150.   2012, Woods Cross refinery, Woods Cross, Utah: Tank explosion spattered homes with oil.

151.   2011, Dec, Placid Refining Company, Port Allen, Louisiana: Failure in the refinery's charcoal beds led to a gas release.

152.   2011, Sept, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

153.   2011, Aug, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released.

154.   2011, July, Placid Refining Company, Port Allen, Louisiana: Unspecified gas was released from "worn out" equipment.

155.   2011, Pasadena refinery, Pasadena, Texas: Fire and explosion injured one worker and caused $2 million in damage.

156.   2011, Pasadena refinery, Pasadena, Texas: Fire and spill of unspecified material caused $9 million in damage.

157.   2011, Memphis refinery, Memphis, Tennessee: A fire caused $22,888,000 in onsite and $230,000 in offsite property damage.

158.   2011, Galveston Bay refinery, Texas City, Texas: Gas release caused more than $31 million in property damage and caused 42,000 people to shelter in place.

159.   2011, CHS McPherson refinery, McPherson, Kansas: Unspecified gas release injured one worker.

160.   2011, Catlettsburg refinery, Catlettsburg, Kentucky: Fire in a fluid catalytic cracker shut down the refinery.

161.   2010, Memphis refinery, Memphis, Tennessee: Unspecified spill and fire injured one worker and caused $645,373 in damages.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

162.   2010, September, Chalmette Refining, Chalmette, Louisiana: The refinery released 106,000 pounds of sulfur dioxide, 243 pounds of hydrogen sulfide, and 38,000 pounds of spent catalyst in a plume onto residential property in the surrounding communities, up to five miles away.

163.   2010, January, Chalmette Refining, Chalmette, Louisiana: A worker died while repairing a pipe leaking hydrogen sulfide.

164.   2010, Ferndale refinery, Ferndale, Washington: Fire caused $192,000 in property damage.

165.   2010, Catlettsburg refinery, Catlettsburg, Kentucky: An explosion caused $1 million in property damage.

166.   2010, Coffeyville Resources refinery, Coffeyville, Kansas: Fire caused $5 million in property damage.

167.   2010, CHS McPherson refinery, McPherson, Kansas: Fire, release of unspecified gas, and explosion caused $230,000 in property damage.

168.   2010, Navajo refinery, Artesia, New Mexico: Fire at an asphalt tank under construction killed two workers and seriously injured two more. The Chemical Safety Board cited this incident as one that it lacked the budget to pursue.

169.   2010, Wynnewood refinery, Wynnewood, Oklahoma: Gas released caused an explosion, fire, and $5.1 million in property damage.

170.   2009, Wyoming Refining Company, Newcastle, Wyoming: Unspecified gas release injured two people.

171.   2009, Ponca City refinery, Ponca City, Oklahoma: Unspecified gas leak injured one worker.

172.   2009, Billings refinery, Billings, Montana: A large fire collapsed a fuel tank.

173.   2009, Garyville refinery, Garyville, Louisiana: Unspecified spill injured one worker.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

174.   2009, Flint Hills Resources, Corpus Christi, Texas: Within a week, lightning ignited a fire in a storage tank, and a separate fire broke out in a corrosion inhibitor tank.

175.   2008, December, Valero refineries, Corpus Christi, Texas: Release of unspecified gas injured one worker.

176.   2008, March, Valero refineries, Corpus Christi, Texas: Fire and release of unspecified gas caused $364,000 in damage.

177.   2008, February, Valero refineries, Corpus Christi, Texas: Unspecified gas release injured one worker.

178.   2008: Galveston Bay refinery, Texas City, Texas: Gas release and explosion killed one worker and injured two others.

179.   2008, Catlettsburg refinery, Catlettsburg, Kentucky: Diesel spill caused $21,000 in property damage and contaminated the soil.

180.   2008, Catlettsburg refinery, Catlettsburg, Kentucky: Fire caused $150,000 in property damage and led to soil contamination.

181.   2008, Catlettsburg refinery, Catlettsburg, Kentucky: Fire caused $150,000 in property damage and led to soil contamination.

182.   2008, CHS McPherson refinery, McPherson, Kansas: Explosion and spill of unspecified material caused $456,000 in property damage.

183.   2008, CHS Laurel refinery, Laurel, Montana: Fire and explosion caused $7 million in property damage.

184.   2008, Woods Cross refinery, Woods Cross, Utah: A large explosion rocked the HF acid unit; the explosion was forceful enough to shake nearby homes and make some residents think there was an earthquake. Nearby residents heard alarms from the refinery, and many decided to evacuate. One resident reported, "The fire looked like a hundred feet high just coming from the refinery, so I thought maybe the whole thing was going to blow up. The whole neighborhood, everybody was scrambling, getting in their cars, trying to get out of here."

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

185.    2008, April, Wynnewood refinery, Wynnewood, Oklahoma: Fire.

186.    2008, February, Wynnewood refinery, Wynnewood, Oklahoma: Fire.

187.    2008, Big Spring refinery, Big Spring, Texas: Explosion. Four workers were injured, including one with severe burns. One passing driver was hit by debris and treated at a hospital. The Chemical Safety Board lacked the personnel to investigate. The explosion stemmed from a pipe rupture from a pump that had been installed in 1978 and welded poorly. Two local schools were evacuated, and classes were cancelled at all nine local district schools and at a local college.

188.    2007, **Trainer refinery**, Trainer, Pennsylvania: Unspecified spill led to 45 people being evacuated and caused $50,000 in property damage.

189.    2007, Robinson refinery, Robinson, Illinois: Hydrogen sulfide leak killed worker.

190.    2007, Port Arthur refinery, Port Arthur, Texas: Pipe swelled and burst, causing an explosion and fire.

191.    2007, Port Arthur refinery, Port Arthur, Texas: Hydrogen sulfide release sent nearly 40 people to the hospital.

192.    2007, Wynnewood refinery, Wynnewood, Oklahoma: Fire and explosion broke out after a tank containing naphtha (a carcinogenic petrochemical) was struck by lightning. Force of the explosion was felt several miles away.

193.    2007, Pasadena refinery, Pasadena, Texas: Undescribed gas release and spill caused $400,000 in damage.

194.    2007, Laurel refinery, Laurel, Montana: Unspecified spill injured 14 workers.

195.    2007, Canton refinery, Canton, Ohio: Unspecified spill injured one worker.

196.    2007, Billings refinery, Billings, Montana: Large fire and explosion; flames reached above 100 feet, and residents felt the explosion from 2 miles away. $9.8 million in property damage.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

197. 2007, December, St. Paul Park refinery, Saint Paul Park, Minnesota: Refinery employee working on top of a tank holding fuel oil was killed when the tank exploded.

198. 2007, September, St. Paul Park refinery, Saint Paul Park, Minnesota: Chemical leak resulted in hospitalization of three workers.

199. 2006, Valero Corpus Christi refineries, Corpus Christi, Texas: Refinery spilled more than 140,000 gallons of oil into the Corpus Christi Ship Channel.

200. 2005, Valero Corpus Christi refineries, Corpus Christi, Texas: Unspecified gas release injured four workers.

201. 2005, Valero Corpus Christi refineries, Corpus Christi, Texas: Unspecified gas release injured one worker.

202. 2005, Sweeny refinery, Old Ocean, Texas: Explosion caused $680,000 in damage.

203. 2005, Port Arthur refinery, Port Arthur, Texas: Unspecified gas release injured one worker.

204. 2005, Galveston Bay refinery, Texas City, Texas: An explosion killed 15 workers, injured 180, and damaged homes up to three-quarters of a mile from the refinery.

205. 2004, Valero Corpus Christi refinery, Corpus Christi, Texas: Fire and spill of unspecified material injured one worker.

206. 2004, Valero Corpus Christi refinery, Corpus Christi, Texas: Gas release injured one worker.

207. 2004, Sweeny refinery, Old Ocean, Texas: Fire and spill of unspecified material injured one worker and caused $120,000 in damage.

208. 2004, Catlettsburg refinery, Catlettsburg, Kentucky: spill causing large monetary damages both on-site and off-site.

209. 2004, Canton refinery, Canton, Ohio: Spill injured a worker.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

210. 2003, Ponca City refinery, Ponca City, Oklahoma: Explosion and fire erupted during work to remove a vertical pump; two workers were injured, and one of the two later died from their injuries.

211. 2002. Wyoming Refining Company, New Castle, Wyoming: Spill rained 20 tons of silica catalyst over portion of town. Several residents complained of skin, eye, and throat irritation, suspecting exposure to vanadium pentoxide.

212. 2001, Valero Three Rivers refinery, Three Rivers, Texas: Explosion and fire after a vapor release in the alkylation unit injured three. Nearly 300 employees and all homes within a seven-block radius of the refinery were evacuated.

213. 2001, **Lemont refinery**, Lemont, Illinois: Two back-to-back fires caused structural damage to the refinery's distillation unit, shutting that unit down for one year. An investigation found that the cause of the original fire was incorrect piping material in a pipe elbow, leading to its failure.

214. 2001, Galveston Bay refinery, Texas City, Texas: Contract worker died due to asphyxiation after being overcome from chemical fumes.

215. 2000, Valero Corpus Christi refineries, Corpus Christi, Texas: One contractor died and one was injured during a release of hydrogen sulfide emissions.

216. 1997, St. Paul Park refinery, Saint Paul Park, Minnesota: Fire and explosion injured five; the operator later pled guilty to criminal charges related to the incident.

217. 1996, **Torrance refinery**, Torrance, California: A gasoline release led to a fire and explosion. The explosion was large enough that the shaking woke nearby residents.

218. 1996, **Wilmington refinery**, Wilmington, California: A large explosion shook homes and boats. Dust and metal debris rained down on nearby homes and businesses. The explosion was felt more than 8 miles away and scared local residents.

219. 1995, **Wilmington refinery**, Wilmington, California: Large fire injured six people and required the response of more than 120 firefighters.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))

220.   1994, **Torrance refinery**, Torrance, California, A pipe releasing flammable gases led to an explosion that injured at least 20 workers. The blast happened close to the HF alkylation unit.

221.   1994, Big West Oil refinery, North Salt Lake, Utah: Explosion.

222.   1992, **Wilmington refinery**, Wilmington, California: Large fire and explosion injured 16; damaged 4,500 buildings; and forced the evacuation of hundreds of people from nearby homes.

223.   1991, Sweeny refinery, Old Ocean, Texas: Fire and explosion injured two workers.

224.   1991, Ferndale refinery, Ferndale, Washington: Seven people were injured in an explosion and fire after a fuel line was accidentally opened.

225.   1987, Navajo refinery, Artesia, Mexico: Debris from an explosion hit and killed one employee.

EXHIBIT 2 (CASE NO. 8:25-CV-1473-MWF (DFMx))