**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEAN AIR COUNCIL, et al., | Case No. SACV 25-1473-MWF(DFMx) |
| Plaintiffs, | ORDER GRANTING STIPULATION TO SET SCHEDULE FOR AND ALLOW COMBINED OPPOSITION TO MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulation to Set Schedule for and Allow Combined Opposition to Motions to Dismiss the Second Amended Complaint (the "Stipulation"). (Docket No. 74). The Court did not receive the required word-processing version of the proposed Order. The parties are reminded that compliance with the Local Rules and this Court's procedures is mandatory, and failure to comply may result in documents being stricken.

For good cause shown, the Stipulation is GRANTED, and the Court ORDERS as follows:

1. Defendants and Defendant-Intervenor will file their Motions to Dismiss ("MTDs") Plaintiffs' Second Amended Complaint ("SAC") no later than August 19, 2026. The MTDs shall be noticed for hearing on November 18, 2026, at 10:00 a.m.

2. Plaintiffs' combined Opposition to the MTDs (no more than 13,500 words) shall be filed no later than September 30, 2026.

3. Defendants' Replies in support of the MTDs shall be filed no later than October 28, 2026.

IT IS SO ORDERED.

Dated: August 6, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge