Jason S. Mills (SBN 225126)
jason.mills@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 612 7387
Facsimile: +1 213 612 2501

Justin A. Savage (*pro hac vice*)
jsavage@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Brooklyn Hildebrandt (SBN 350707)
bhildebrandt@sidley.com
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Nima H. Mohebbi (SBN 275453)
nima.mohebbi@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

*Attorneys for Western States Petroleum Association*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CLEAN AIR COUNCIL; COMMUNITIES FOR A BETTER ENVIRONMENT; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,

Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator; and NANCY BECK, in her official capacity as Principal Deputy Assistant Administrator for the

Case No. 8:25-cv-01473-MWF-DFMx
Assigned to Hon. Michael W. Fitzgerald

**NOTICE OF WESTERN STATES PETROLEUM ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Hearing Time: 10:00 a.m.
Hearing Date: November 18, 2026

Office of Chemical Safety and Pollution Prevention,

Defendants.

Courtroom: 5A

Action Filed: July 8, 2025
Trial Date: Not set

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on November 18, 2026 at 10:00 a.m. in the above-entitled Court located at 350 West First Street, Courtroom 5A, Los Angeles, California 90012, Proposed Intervenor Western States Petroleum Association will move the Court to dismiss with prejudice the second amended complaint, Dkt. 73, in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Plaintiffs lack Article III standing, seek relief not requested from the Environmental Protection Agency in their underlying petition and not properly requested from this Court, and have failed to state a claim upon which relief may be granted.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 12, 2026. During that conference, Plaintiffs indicated that they intend to oppose this motion. Dkt. 75.

DATED: August 19, 2026

Respectfully submitted,

*/s/ Jason S. Mills*

Jason S. Mills (SBN 225126)
jason.mills@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 612 7387
Facsimile: +1 213 612 2501

*/s/ Justin A. Savage*
Justin A. Savage (*pro hac vice*)
jsavage@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*/s/ Nima H. Mohebbi*
Nima H. Mohebbi (SBN 275453)
nima.mohebbi@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

*/s/ Brooklyn Hildebrandt*
Brooklyn Hildebrandt (SBN 350707)
bhildebrandt@sidley.com
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August, 2026, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

*/s/ Brooklyn Hildebrandt*
Brooklyn Hildebrandt