UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01473-MWF-DFMx | Date | November 18, 2026 |
| Title | Clean Air Council et al v. U.S. Environmental Protection Agency et al | | |

| | |
|---|---|
| Present: The Honorable | MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | CourtSmart |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Vivian Wang | Sanya Shahrasbi |
| Selena Kyle | Brooklyn Hildebrandt |

**Proceedings:** **WESTERN STATES PETROLEUM ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [76]**

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [77]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

: 31

Initials of Preparer mal